AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 2:06CR20007-001 |
| Brian L. Stevenson | ) USM No: 07771-010 |
| Date of Previous Judgment: June 28, 2006 | ) pro se |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __70__ months **is reduced to** __57 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 25 |
| Criminal History Category: | 1 | Criminal History Category: | 1 |
| Previous Guideline Range: | 70 to 87 months | Amended Guideline Range: | 57 to 71 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Defendant is subject to a statutory minimum of 60 months. However, as Defendant meets the criteria for Limitation on Applicability of Statutory Minimum Sentences, the Court may sentence Defendant below the statutory minimum.

Except as provided above, all provisions of the judgment dated __06/28/2006__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __March 17, 2008__

Effective Date: _____
(if different from order date)

Judge's signature

__Honorable Robert T. Dawson, U.S. District Judge__
Printed name and title

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAR 17 2008
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK